JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Samantha_Jaffe@fd.org

Counsel for Defendant BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KYLE REYNALDO BUTLER,<br>Defendant. | CASE NO. 3:26-CR-00111 WHO<br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

The above captioned matter is scheduled for a status conference on September 10, 2026. The parties are discussing plea negotiations, and a full CAP assessment was just completed. Mr. Butler's cousin recently passed away, and the funeral is on September 12, 2026, in New Orleans. He is finalizing flights, but it is likely he will be out of the District on September 10, 2026. Therefore, the parties agree that the matter be continued to October 1, 2026 at 1:30 p.m.

The parties also agree that time should be excluded from September 10, 2026 to October 1, 2026, under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of

justice served by excluding the time from September 10, 2026 to October 1, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *Id.* § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

Dated: September 4, 2026

JODI LINKER
Federal Public Defender
___________/s/_______________
SAMANTHA JAFFE
Assistant Federal Public Defender

Dated: September 4, 2026

CRAIG H. MISSAKIAN
United States Attorney
_____________/s/_____________
ANUPAM DHILLON
Assistant United States Attorney

**ORDER**

For good cause shown and based on the parties' stipulation, the status conference set for September 10, 2026 shall be continued to October 1, 2026, at 1:30 p.m. Additionally, based on the facts set forth in the stipulation of the parties, the Court also finds that failing to exclude the time from September 10, 2026 to October 1, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from September 10, 2026 to October 1, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 10, 2026 to October 1, 2026, shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: September 8, 2026_

WILLIAM ORRICK
Senior United States District Judge