IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KYLE REYNALDO BUTLER,<br>Defendant. | ) | CASE NO. 3:26-CR-00111 WHO<br><br>**ORDER TO EXTEND TRAVEL TO THE STATE OF CALIFORNIA WITH PRETRIAL SERVICES PERMISSION** |

The above captioned matter was scheduled for a bail status on November 19, 2026. This Order accompanies the verbal order from this Court.

For good cause shown and based on the parties' and United States Pretrial's positions, Mr. Butler's travel conditions while on Pretrial Release are hereby EXTENDED to include the state of California, with Pretrial Services' permission. This will allow Mr. Butler to pick up his children in San Diego and return them to San Diego for holidays and other visits.

Mr. Butler is ORDERED to notify and clear travel dates with Pretrial Services in advance of out-of-District travel, and Pretrial Services is authorized to allow out-of-District travel within the state of California. All other current terms and conditions of release remain in place.

IT IS SO ORDERED.

Dated: November 20, 2026

LISA J. CISNEROS
United States Magistrate Judge